IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prak Ly,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Katrina Kane,<br><br>　　　　Respondent. | No. CV-10-01858-PHX-ROS<br><br>**ORDER** |

Magistrate Judge Aspey issued a Report and Recommendation ("R&R") recommending that this case be dismissed with prejudice as moot. No party filed an objection, meaning the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 14) is **ADOPTED** and the Petition is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 19th day of April, 2011.

Roslyn O. Silver
Chief United States District Judge